UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**NANCY L. MORRIS**,

    **Plaintiff,**

v.

**UNITED STATES OF AMERICA,**

    **Defendant.**                      No. 13-cv-1203-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the 60 Day Order entered on February 10, 2014 (Doc. 8), this case is **DISMISSED** with prejudice.

                                      **NANCY J. ROSENSTENGEL,**
                                      **CLERK OF COURT**

                                      BY:    /s/*Sara Jennings*
                                               **Deputy Clerk**

Dated:  April 15, 2014

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**